**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Frederick James BRYANT,**
**Defendant–Appellant.**

**No. 08–15187**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 1, 2009.

Ramona C. Albin, U.S. Attorney's Office, Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Frederick James Bryant, Atlanta, GA, pro se.

Before WILSON, PRYOR and COX, Circuit Judges.

PER CURIAM:

Ann Day Lawrence, appointed counsel for Frederick James Bryant, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion

to withdraw is **GRANTED,** and Bryant's conviction and sentence are **AFFIRMED.**